Alvin J. McKenna
amckenna@porterwright.com

Porter Wright
Morris & Arthur LLP
41 South High Street
Suites 2800-3200
Columbus, Ohio 43215-6194

Direct: 614-227-1945
Fax: 614-227-2100
Toll free: 800-533-2794

www.porterwright.com

**porter**wright

CINCINNATI
CLEVELAND
COLUMBUS
DAYTON
NAPLES
WASHINGTON, DC

July 10, 2009

**VIA ELECTRONIC AND REGULAR U.S. MAIL**

Edwin J. Mills, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Re:   In Re AEP ERISA Litigation, Case No. Master File C2-03-67
      United States District Court for the Southern District of Ohio

Dear Ed:

In requesting an opportunity for supplemental briefing on the 502(a)(2) issue during our July 8 status conference call with Magistrate Judge Abel, you indicated that it was appropriate for updating the Court on any more recent developments given the time lapse since the prior briefing had been completed. Given the same lapse of time (as well as the lapse of time since Mr. Bridges' May 11, 2006 deposition), it similarly appears appropriate, particularly in light of the history in this case regarding changing interests and circumstances of others who have appeared as Plaintiffs, that there needs to be an updating for the Court on another very important aspect of this case – *i.e.*, Mr. Bridges' ability and willingness to act on behalf of the Plan in this litigation – before the Court and the Parties invest additional time and expense. Therefore, we request that you provide evidence of Mr. Bridges' ability and willingness to act on behalf of the Plan going forward in this case in whatever you will be filing to meet the July 22nd deadline established by Magistrate Judge Abel's July 9 Order. We are making this request in the spirit of reducing the need for additional discovery on this aspect, and we reserve our right to request a brief updating deposition of Mr. Bridges here in Columbus should you decline this request or in light of what you provide. Thank you.

Very truly yours,

Alvin J. McKenna

cc:   Rob Cohen
      Bob Izard
      Michael Chepiga/George Wang

Exhibit A