# STULL, STULL & BRODY

**ATTORNEYS AT LAW**
**6 EAST 45th STREET**
**NEW YORK, N.Y. 10017**

*TELEPHONE*
*212-687-7230*

*TELECOPIER*
*212-490-2022*

July 10, 2009

**VIA FACSIMILE**

Alvin J. McKenna, Esq.
Porter Wright
Morris & Arthur LLP
41 South High Street
Suite 2800 - 3200
Columbus, OH 43215-6194

      Re:    In re AEP ERISA Litigation, Case No. C2-03-67,
              **United States District Court for the Southern District of Ohio**

Dear Al:

       I was surprised to receive your letter from today. I was surprised, in part, because I would have thought you would have addressed these matters in Wednesday's call with Judge Abel if you thought they were important to the orderly continuation of the litigation. I am also surprised at the suggestion of requiring Mr. Bridges to again travel from West Virginia to Columbus for a "brief updating deposition." That is unlikely. In any event, I will speak to Mr. Bridges, consider your requests, address the subject of your requests in the July 22 filing and we will see where that leads.

                        Very truly yours,

                        Edwin J. Mills

EM\aa

cc:    George S. Wang, Esq.

       Robert A. Izard, Esq.

       Robert G. Cohen, Esq.

*EXHIBIT B*